[Print Form]

FILED
LODGED
RECEIVED
MAIL

NOV 16 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**Instructions for use:**

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

Plaintiff(s)
vs. Alejandro Rodriguez

C12-2047 RAJ

Defendant(s),
City and County of King

**CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §1983**
(for use only by plaintiffs not in custody)

**Parties to this Complaint:**

| | |
|---|---|
| Plaintiff's Name, Address and Phone Number | |
| Defendant's Name, Address and Phone Number | |
| Defendant's Name, Address and Phone Number | |

12-CV-02047-CMP

Defendant's Name, Address and Phone Number

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

**Previous Lawsuits:**

Have you brought any other lawsuits in any federal court in the United States:?

[X] No      [ ] Yes      If Yes, how many? [ ]

**Describe the lawsuit:**

Parties to this previous lawsuit:

Plaintiff(s) [ ]

Defendant(s) [ ]

(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)

Court and Name of District: [ ]

Docket Number: [ ]

Assigned Judge: [ ]

Disposition :
(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) [ ]

Approximate filing date of lawsuit: [ ]

Approximate date of disposition: [ ]

**Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. **Do not give any legal arguments or cite any cases or statutes**. If you allege a number of related claims, number and set forth each claim in a separate paragraph. (Attach additional sheets if necessary.)

On September 12 of 2011 I was arrested and charged with theft 3 in Seattle. The case was handled in Municipal Court of Seattle (Community Court). I did 32 hours of com. service and 8 hour theft class. The case was closed.

On December 12, 2011 I was arrested and charged with attempted theft 1. I spent 11 days in jail until they found out the facts of this theft 1 were the same as the theft 3 charge on Sept 12. The case was dismissed but I spent 11 days in King County jail, due to the courts mistake. I am seeking monetary relief for false imprisonment or double jeopardy. Hal Palmer took care of the attempted theft 1 case his # is (206) 322-8400 ext 3122, from SCRAP.

Same cases
Theft 3 #572 316
Attemp-theft 1 # 11-1-0828 +1

## Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I am seeking monetary compensation for 11 days of false imprisonment; lost wages and mental anguish.

I declare under penalty of perjury that the foregoing is true and correct.

11-6-12
Date

*[Signature]*
Signature of Plaintiff